UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KATHLEEN ANNE RUSSELL,
    Plaintiff,

v.                               Case No. 3:23-cv-1357-HES-PDB

HAVEN MEDICAL GROUP, LLC,
    Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on the "Joint Stipulation for Dismissal with Prejudice" (Dkt. 21).

Accordingly, it is **ORDERED**:

1. The "Joint Stipulation for Dismissal with Prejudice" (Dkt. 21) is **GRANTED**, and this action is dismissed, with each party to bear its own fees and costs, except otherwise agreed upon; and

2. The Clerk is directed to terminate all pending motions and close this file.

**DONE and ENTERED** at Jacksonville, Florida this 26th day of August, 2024.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Michelle Cohen Levy, Esq.
Pedro P. Forment, Esq.
Rosa Maria Villa, Esq.